UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**DAVID AUSTIN,** :

    **Plaintiff** :

          **CIVIL ACTION NO. 3:16-1567**

    **v.** :

          :     **(JUDGE MANNION)**

**CHRISTINE NUGENT,**

    **Defendant** :

## O R D E R

For the reasons stated in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The plaintiff's motion to remand, (Doc. 9), is **DENIED**;

2. The defendant is **GRANTED LEAVE** to amend her notice of removal, (Doc. 1), **on or before December 19, 2016,** with a reminder that failure to amend will result in remand;

3. The plaintiff's motion to rescind and reconsider its August 5, 2016 Order, (Doc. 8), is **GRANTED IN PART** and **DENIED IN PART**;

4. The courts August 5, 2016 Order is **VACATED** and **SUBSTITUTED** with this Order;

5. The plaintiff's motion for entry of default, (Doc. 5), is **DENIED** and the Clerk shall not enter default;

6. The plaintiff's request to strike the defendant's motion to dismiss as untimely is **DENIED**;

7. The defendant's motion to dismiss, (Doc. 6), is **DENIED**; and

8. The plaintiff's motion to stay proceedings, (Doc. 11), and his letter to the court requesting a conference, (Doc. 18), is **DENIED** as moot.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: December 5, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1567-01-order.wpd